IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PERRY B. CAVANAH, et al., | * |
| Plaintiffs, | * |
| v. | Case No.   5:21-cv-000262-MTT-CHW |
| | * |
| SHERIFF RICHARD CHATMAN, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 23, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 23rd day of August, 2021.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk